OPINION — AG — ** ELECTION — VOTER ** ABSENTEE BALLOTS CAST UNDER THE " WAR BALLOT ACT " SHOULD BE COUNTED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 26 O.S. 325 [26-325](F) (NOW REPEALED, SEE: 26 O.S. 14-101 [26-14-101]) (ABSENTEE BALLOTS) CITE: 26 O.S. 325 [26-325](F), 26 O.S. 345.8 [26-345.8] (26 O.S. 14-101 [26-14-101] — 26 O.S. 14-134 [26-14-134]) (FRED HANSEN)